UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| YASEEN TRAYNOR on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>ZUMBA FITNESS, LLC,<br><br>    Defendant.<br>_____/ | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #_____<br>DATE FILED: Nov. 12, 2019<br><br>CASE NO.: 1:19-cv-2462 |

### NOTICE OF VOLUNTARY DISMISSAL

**IT IS HEREBY STIPULATED AND AGREED TO** by the Plaintiff and Plaintiff's attorney, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that the above entitled action against Defendant, Zumba Fitness, LLC shall be and hereby is dismissed with prejudice and on the merits, without costs, or disbursements, or attorney's fees to any party pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and that judgment of dismissal with prejudice may be entered in the above entitled action pursuant hereto.

Dated: November 7, 2019                              Respectfully Submitted,

                                                      */s/David Paul Force*_____
                                                      David Paul Force Esq.
The application is   X  granted             **Stein Saks, PLLC**
                    ___denied                285 Passaic Street
                                             Hackensack, NJ 07601
_[signature]_                                dforce@steinsakslegal.com
_____                     Tel. 201-282-6500
Edgardo Ramos, U.S.D.J.                      Fax 201-282-6501
Dated: Nov. 12, 2019                         *Attorneys for Plaintiff*
New York, New York 10007

1